423 A.2d 1329

Commonwealth v. Slayton, Appellant.

Submitted September 10, 1979. Fred R. Goodman, Assistant Public Defender, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.

423 A.2d 1330

Herbst et al. v. McGurn, Appellant.

Argued June 27, 1979. Richard A. DeMichele, for appellant; Emil F. Toften, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached prior to the death of Robinson, J.